FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2014

No. 04-13-00558-CV

**BRUINGTON ENGINEERING**, **LTD.**,
Appellant

v.

**PEDERNAL ENERGY, LLC**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,767
Honorable Jose A Lopez, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. Appellee's brief must be filed no later than February 17, 2014. Further requests for extensions of time will be disfavored.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2014.

_____
Keith E. Hottle
Clerk of Court